IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:22CR253 & 8:21CR67** |
| vs. | |
| CLIFFORD WRIGHT, III, | **ORDER** |
| Defendant. | |

On December 19, 2022 the court held a hearing on the defendant's Restricted Motion to Appoint New Counsel (Filing No. 21). Julie B. Hansen represents that there is an irreparable breakdown in the attorney-client relationship. After inquiry of the Defendant and his counsel, the court granted the defendant's Restricted Motion to Appoint New Counsel (Filing No. 21).

Michael J. Tasset, P.O. Box 62, Oakland, NE 68045, (402) 685-5647, is appointed to represent Clifford Wright, III for the balance of these proceedings pursuant to the Criminal Justice Act. Julie B. Hansen shall forthwith provide Michael J. Tasset any discovery materials provided to the defendant by the government and any such other materials obtained by Julie B. Hansen which are material to Clifford Wright, III's defense.

The clerk shall provide a copy of this order to Michael J. Tasset and the defendant.

**IT IS SO ORDERED.**

Dated this 28th day of December, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge