IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CLIFFORD WRIGHT III,<br><br>    Defendant. | 8:21CR67<br><br>ORDER |

  On February 6, 2023, the court held a hearing on the motion of Michael J. Tasset to withdraw as counsel for the defendant, Clifford Wright, III (Filing No. 67). Michael J. Tasset represents that there is an irreparable breakdown in the attorney-client relationship. After inquiry of the Defendant and his counsel, the court granted Michael J. Tasset's motion to withdraw (Filing No. 67).

  Andrew J. Wilson, 17525 Arbor Street, Omaha, NE 68130, (402) 934-5500, is appointed to represent Clifford Wright, III for the balance of these proceedings pursuant to the Criminal Justice Act. Michael J. Tasset shall forthwith provide Andrew J. Wilson any discovery materials provided to the defendant by the government and any such other materials obtained by Michael J. Tasset which are material to Clifford Wright, III's defense.

  The clerk shall provide a copy of this order to Andrew J. Wilson and the defendant.

  Dated this 7th day of February, 2023.

                  BY THE COURT:

                  s/ Susan M. Bazis
                  United States Magistrate Judge