IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CLIFFORD WRIGHT III,<br><br>    Defendant. | **8:21CR67**<br><br>**ORDER** |

  On May 23, 2023 the court held a hearing on the motion of Andrew J. Wilson to withdraw as counsel for the defendant, Clifford Wright, III in Case 8:22CR253. Mr. Wilson was also court appointed in the above matter (8:21CR67) regarding a supervised release petition. Andrew J. Wilson represents that there has been a material breakdown in the attorney-client relationship. Mr. Wilson was terminated as counsel of record and the court appointed new counsel, James K. McGough, in 8:22CR253. For that reason, the court will now terminate Mr. Wilson and appoint new counsel in 8:21CR67.

  James K. McGough, 11920 Burt Street, Suite 100, Omaha, NE 68102, (402) 614-8655, is appointed to represent Clifford Wright, III for the balance of these proceedings pursuant to the Criminal Justice Act. Andrew J. Wilson shall forthwith provide James K. McGough any discovery materials provided to the defendant by the government and any such other materials obtained by Andrew J. Wilson which are material to Clifford Wright, III's supervised release petition.

  The clerk shall provide a copy of this order to the Andrew Wilson, James K. McGough and the defendant.

  **IT IS SO ORDERED.**

  Dated this 24th day of July, 2023.

                    BY THE COURT:

                    s/ Susan M. Bazis
                    United States Magistrate Judge